# United States District Court
# For The Western District of North Carolina
# Statesville Division

RUTH G. JACOBS,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                                   5:10CV142

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2012 Order.

                                                  Signed: May 22, 2012

                                                  *[signature]*

                                                  Frank G. Johns, Clerk
                                                  United States District Court